FORM 8A. Entry of Appearance                                                    Form 8A (p.1)
                                                                                 July 2020

# UNITED STATES COURT OF APPEALS
# FOR THE FEDERAL CIRCUIT

## CORRECTED ENTRY OF APPEARANCE

**Case Number:** 2023-1363 (Lead), 2023-1366 & 2023-1412 (Member)

**Short Case Caption:** Ablan v. US (Lead), Micu v. US (Member)

**Instructions:** Refer to Fed. Cir. R. 47.3 for requirements governing representation and appearance in this court. Counsel must immediately file an amended Entry of Appearance if contact information changes and update information through PACER's Manage My Account. Non-admitted government counsel should enter N/A in lieu of an admission date. Use the second page to add additional counsel.

**Party Information.** List all parties, intervenors, amicus curiae, or movants represented by below counsel; "et al." is not permitted.

Christina Micu, Catherine Popovici, Kulwant Sidhu and Scott Holland

| | | |
|---|---|---|
| **Principal Counsel:** Daniel H. Charest | | Admission Date: 1/19/2023 |
| Firm/Agency/Org.: Burns Charest LLP | | |
| Address: 900 Jackson St., Ste. 500, Dallas, Texas 75202 | | |
| Phone: 469-904-4550 | Email: dcharest@burnscharest.com | |
| **Other Counsel:** Emery Lawrence "Larry" Vincent, Jr. | | Admission Date: 2/3/2004 |
| Firm/Agency/Org.: Burns Charest LLP | | |
| Address: 900 Jackson St., Ste. 500, Dallas, Texas 75202 | | |
| Phone: 469-904-4550 | Email: lvincent@burnscharest.com | |

I certify under penalty of perjury that (1) the submitted information is true and accurate and (2) I am authorized to enter an appearance by all other listed counsel.

Date: 7/6/23                          Signature: /s/ Daniel H. Charest

                                      Name: Daniel H. Charest

Save for Filing

**FORM 8A. Entry of Appearance**     Form 8A (p.2)
July 2020

# [DO NOT SUBMIT THIS PAGE IF IT IS BLANK.]

| **Other Counsel:** Charles W. Irvine | Admission Date: 1/26/2023 |
|---|---|
| Firm/Agency/Org.: Irvine & Conner PLLC | |
| Address: 4709 Austin St., Houston, Texas 77004 | |
| Phone: 713-533-1704 | Email: charles@irvineconner.com |
| **Other Counsel:** Ian Heath Gershengorn | Admission Date: 02/27/2019 |
| Firm/Agency/Org.: Jenner & Block LLP | |
| Address: 1099 New York Avenue NW, Suite 900, Washington DC 20001 | |
| Phone: (202) 639-6869 | Email: igershengorn@jenner.com |
| **Other Counsel:** Elizabeth B. Deutsch | Admission Date: 6/23/2023 |
| Firm/Agency/Org.: Jenner & Block LLP | |
| Address: 1099 New York Avenue NW, Suite 900, Washington DC 20001 | |
| Phone: (202) 639-6031 | Email: edeutsch@jenner.com |
| **Other Counsel:** Victoria Hall-Palerm | Admission Date: 06/23/2023 |
| Firm/Agency/Org.: Jenner & Block LLP | |
| Address: 1099 New York Avenue NW, Suite 900, Washington DC 20001 | |
| Phone: (202) 637-6318 | Email: vhall-palerm@jenner.com |
| **Other Counsel:** Leslie K. Bruce | Admission Date: 06/23/2023 |
| Firm/Agency/Org.: Jenner & Block LLP | |
| Address: 1099 New York Avenue NW, Suite 900, Washington DC 20001 | |
| Phone: (202) 639-6891 | Email: lbruce@jenner.com |