# United States Court of Appeals
# for the Federal Circuit

———————————

**EDGAR ABLAN, ET AL.,**
*Plaintiffs*

**CHRISTINA BANKER, TODD BANKER**
*Plaintiffs-Appellees*

**v.**

**UNITED STATES,**
*Defendant-Appellant*

———————————

2023-1363

———————————

Appeal from the United States Court of Federal Claims in Nos. 1:17-cv-01409-CFL, 1:17-cv-09001-CFL, Senior Judge Charles F. Lettow.

--------------------------------------------------

**SANDRA ABDOU, ET AL.,**
*Plaintiffs*

**ELIZABETH BURNHAM**
*Plaintiff-Appellee*

**v.**

**UNITED STATES,**
*Defendant-Appellant*

———————————

2023-1365

———————————

Appeal from the United States Court of Federal Claims in Nos. 1:17-cv-01789-CFL, 1:17-cv-09001-CFL, Senior Judge Charles F. Lettow.

------------------------------------------------

**CHRISTINA MICU, AND ALL OTHERS SIMILARLY SITUATED, SCOTT HOLLAND, CATHERINE POPOVICI, KULWANT SIDHU,**
*Plaintiffs-Cross-Appellants*

**ELISIO SOARES, SANDRA GARZA RODRIGUEZ, ERICH SCHROEDER, MARINA AGEYEVA, GLENN PETERS, VIRGINIA HOLCOMB,**
*Plaintiffs*

v.

**UNITED STATES,**
*Defendant-Appellant*
_____

2023-1366, 2023-1412
_____

Appeals from the United States Court of Federal Claims in Nos. 1:17-cv-01277-CFL, 1:17-cv-09001-CFL, Senior Judge Charles F. Lettow.
_____

**JUDGMENT**
_____

THIS CAUSE having been considered, it is

ORDERED AND ADJUDGED:

**AFFIRMED-IN-PART, VACATED-IN-PART, AND REMANDED**

FOR THE COURT

<u>December 22, 2025</u>
Date

Jarrett B. Perlow
Clerk of Court