NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EDGAR ABLAN, ET AL.,**
*Plaintiffs*

**CHRISTINA BANKER, TODD BANKER**
*Plaintiffs-Appellees*

**v.**

**UNITED STATES,**
*Defendant-Appellant*

---

2023-1363

---

Appeal from the United States Court of Federal Claims in Nos. 1:17-cv-01409-CFL, 1:17-cv-09001-CFL, Senior Judge Charles F. Lettow.

-------------------------------------------------

**SANDRA ABDOU, ET AL.,**
*Plaintiffs*

**ELIZABETH BURNHAM**
*Plaintiff-Appellee*

**v.**

**UNITED STATES,**
*Defendant-Appellant*

———————————

2023-1365

———————————

Appeal from the United States Court of Federal Claims in Nos. 1:17-cv-01786-CFL, 1:17-cv-09001-CFL, Senior Judge Charles F. Lettow.

-------------------------------------------------

**CHRISTINA MICU, AND ALL OTHERS SIMILARLY SITUATED, SCOTT HOLLAND, CATHERINE POPOVICI, KULWANT SIDHU,**
*Plaintiffs-Cross-Appellants*

**ELISIO SOARES, SANDRA GARZA RODRIGUEZ, ERICH SCHROEDER, MARINA AGEYEVA, GLENN PETERS, VIRGINIA HOLCOMB,**
*Plaintiffs*

**v.**

**UNITED STATES,**
*Defendant-Appellant*

———————————

2023-1366, 2023-1412

———————————

Appeals from the United States Court of Federal Claims in Nos. 1:17-cv-01277-CFL, 1:17-cv-09001-CFL, Senior Judge Charles F. Lettow.

———————————

## ON PETITION FOR REHEARING EN BANC

Before MOORE, *Chief Judge*, LOURIE, DYK, PROST, REYNA, TARANTO, CHEN, HUGHES, STOLL, CUNNINGHAM, and STARK, *Circuit Judges*.[1]

PER CURIAM.

## O R D E R

The United States filed a petition for rehearing en banc. The petition was first referred to the panel that heard the appeal, and thereafter the petition was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

FOR THE COURT

April 9, 2026
Date

Jarrett B. Perlow
Clerk of Court

---

[1]    Circuit Judge Newman did not participate.