# United States Court of Appeals for the Federal Circuit

---

**EDGAR ABLAN, ET AL.,**
*Plaintiffs*

**CHRISTINA BANKER, TODD BANKER**
*Plaintiffs-Appellees*

**v.**

**UNITED STATES,**
*Defendant-Appellant*

---

2023-1363

---

Appeal from the United States Court of Federal Claims in Nos. 1:17-cv-01409-CFL, 1:17-cv-09001-CFL, Senior Judge Charles F. Lettow.

-------------------------------------------------

**SANDRA ABDOU, ET AL.,**
*Plaintiffs*

**ELIZABETH BURNHAM**
*Plaintiff-Appellee*

**v.**

**UNITED STATES,**
*Defendant-Appellant*

---

2023-1365

---

Appeal from the United States Court of Federal Claims in Nos. 1:17-cv-01789-CFL, 1:17-cv-09001-CFL, Senior Judge Charles F. Lettow.

------------------------------------------------

**CHRISTINA MICU, AND ALL OTHERS SIMILARLY SITUATED, SCOTT HOLLAND, CATHERINE POPOVICI, KULWANT SIDHU,**
*Plaintiffs-Cross-Appellants*

**ELISIO SOARES, SANDRA GARZA RODRIGUEZ, ERICH SCHROEDER, MARINA AGEYEVA, GLENN PETERS, VIRGINIA HOLCOMB,**
*Plaintiffs*

**v.**

**UNITED STATES,**
*Defendant-Appellant*

———————————

2023-1366, 2023-1412

———————————

Appeals from the United States Court of Federal Claims in Nos. 1:17-cv-01277-CFL, 1:17-cv-09001-CFL, Senior Judge Charles F. Lettow.

———————————

**MANDATE**

———————————

In accordance with the judgment of this Court, entered December 22, 2025, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

FOR THE COURT

April 16, 2026
Date

Jarrett B. Perlow
Clerk of Court